FILED
CLERK, U.S. DISTRICT COURT

JUL 15 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DONALD G. BILLINGTON, | ) |
|  Petitioner, | ) Case No. CV 05-7499 VAP (AJW) |
| v. | ) |
| JOHN MARSHALL, WARDEN, et al., | ) ORDER ADOPTING REPORT AND ) RECOMMENDATION OF ) MAGISTRATE JUDGE |
|  Respondents. | ) |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the entire record in this action, and the Report and Recommendation of United States Magistrate Judge ("Report"). No objections to the Report have been filed. The Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report.

DATED: 7/15/08

Virginia A. Phillips
United States District Judge