JS-6

FILED
CLERK, U.S. DISTRICT COURT

JUL 15 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DONALD G. BILLINGTON, ) | Case No. CV 05-7499-VAP(AJW) |
| Petitioner, ) | |
| v. ) | JUDGMENT |
| JOHN MARSHALL, WARDEN, AND ) BILL LOCKYER, ATTORNEY GENERAL) OF THE STATE OF CALIFORNIA, ) | |
| Respondents. ) | |

**IT IS HEREBY ADJUDGED** that the petition is dismissed without prejudice.

Dated: 7/11/08

Virginia A. Phillips
United States District Judge